AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE SUBJECT PHONES AS DESCRIBED IN<br>ATTACHMENT A TO AFFIDAVIT OF SA KENNETH<br>JORDAN SUBMITTED ON APRIL 23, 2026 | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 6:26cr361

(Under Seal)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
THE SUBJECT PHONES AS DESCRIBED IN ATTACHMENT A TO THE AFFIDAVIT OF SA KENNETH JORDAN SUBMITTED ON APRIL 23, 2026.

located in the _____ District of _____ South Carolina _____, there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B to the Affidavit of SA KENNETH JORDAN submitted on April 23, 2026

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession With Intent to Distribute (PWID) a Controlled Substance |
| 21 USC 846 | Conspiracy to PWID and Distribute a Controlled Substance |

The application is based on these facts:

**See attached affidavit of SA KENNETH JORDAN submitted on April 23, 2026.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kenneth Jordan, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/23/2026

_____
*Judge's signature*

City and state:  Greenville, South Carolina

William S. Brown, U.S. Magistrate Judge
*Printed name and title*